IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DONNA RUTLEDGE                                                                PLAINTIFF

V.                                              CIVIL ACTION NO.: 4:08cv65 DPJ-JCS

HARLEY-DAVIDSON MOTOR COMPANY                             DEFENDANT

JUDGMENT

For the reasons given in the order granting Defendant's motion for summary judgment,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 10th day of June, 2009.

                                                    s/ *Daniel P. Jordan III*
                                                    UNITED STATES DISTRICT JUDGE